## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARSHA G. SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV319 |
| vs. ) | |
| ) | ORDER |
| ZIMMER, INC., ) | |
| ) | |
| Defendant. ) | |

On the court's own motion, the pretrial conference previously set for August 27, 2007, at 10:00 a.m. is cancelled and is **rescheduled for August 24, 2007, at 11:00 a.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 18th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge